**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>*Chamblee, et al. v. TerraForm Power, Inc., et al.*, 1:16-cv-08039-PKC | No. 1:16 MD 2742 (PKC) (AJP) |

**[PROPOSED] ORDER GRANTING AUTHORIZATION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET SETTLEMENT FUND TO JND LEGAL ADMINISTRATION**

IT IS HEREBY ORDERED THAT:

1.  Lead Plaintiffs' Motion to Distribute the Funds Remaining in the Net Settlement Fund is GRANTED.

2.  The Court approves payment of $15,255.58, the total amount of funds remaining in the Net Settlement Fund, to JND Legal Administration, the Court-approved Claim Administrator, in full satisfaction of all of its fees and expenses incurred in connection with administering the Settlement.

3.  This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

4.  The Clerk shall terminate motion (DE 716).

IT IS SO ORDERED

Dated: __7/1/2020_____     _____
                                                    HONORABLE P. KEVIN CASTEL
                                                    UNITED STATES DISTRICT JUDGE